## LAW OFFICES OF WILLIAM M. McCARTHY

ATTORNEYS AND COUNSELORS AT LAW
60 SOUTH SWAN STREET
ALBANY, NY 12210
TELEPHONE (518) 434-6141
FACSIMILE (518) 434-6140
Email: william.mccarthy@7trustee.net

September 30, 2010

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, NY 12207

Attention: Clerk

    RE: Bankruptcy Estate of **Jama Peacock**
    Case No. **07-13535 - Chapter 7**

Dear Clerk:

    Enclosed please find Trustee's check number 10112 in the sum of $5.73 which represents the following dividend(s) under the $5.00 limit on the above captioned case:

    Claim #4 filed by Time Warner, 1021 Highbridge Road, Schenectady, NY 12303 (filed amount $361.31 - dividend $3.31)

    Claim #7 filed by Idearc Media, 5601 Executive Drive, Irving, TX 75038 (filed amount $264.00 - dividend $2.42)

    Thank you.

Very truly yours,

William M. McCarthy

WMM/dvo
Enc.